### THE EXPRESS.

(Circuit Court of Appeals, Second Circuit. February 20, 1893.)

### No. 50.

Appeal from the District Court of the United States for the Southern District of New York.

In Admiralty.

For decision of the district court, see 48 Fed. 323.

Joseph F. Mosher (Carpenter & Mosher, on the brief), for appellant, the New England Terminal Co.

James M. Ward, assistant counsel to the corporation (William H. Clark, counsel to the corporation, on the brief), for appellee.

Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. We agree with the opinion of the court below in this cause, and affirm the decree, with interest and costs in this court to the appellee.